IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERALD DUPERE,
    Plaintiff,

vs.                        CASE NO.: 3:05cv261/MCR/MD

DEPARTMENT OF REVENUE, et al.,
    Defendants.
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 10, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(ii) because it fails to state a claim under 42 U.S.C. § 1983, or in the alternative, it is dismissed for lack of jurisdiction because it does not state a federal claim.

DONE AND ORDERED this 14th day of September, 2005.

                                _s/ M. Casey Rodgers_
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**